# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE

_____

**IN RE:** STACEY N. SHIELDS                **CASE NO.** 14-28942-E
                                            **CHAPTER** 13

**Debtor(s)**

    STACEY N. SHIELDS

**Plaintiff(s)**

**vs.**                                     **Adversary Proceeding Number:**

    WELLS FARGO AUTO FINANCE

**Defendant(s)**

_____

### COMPLAINT FOR TURNOVER OF PROPERTY TO THE ESTATE
_____

    The Debtor(s), as Plaintiff(s), brings this complaint for turnover of property to the estate pursuant to FED. R. BANKR. P. 7001(1) and 11 U.S.C. § 542(a) to recover the <u>2003 CHEVY TAHOE</u> repossessed by <u>WELLS FARGO AUTO FINANCE</u>.

    The Court has jurisdiction of this case under the provisions of 28 U.S.C. §§ 1334(b) and 157(a). By virtue of 28 U.S.C. § 157(b)(2)(E), this is a core proceeding.

    Under the particular facts and circumstances, and applicable law, the Plaintiff is entitled to possession of the above-described property of the estate for "use" as contemplated in 11 U.S.C. § 363.

    **WHEREFORE**, the Debtor(s) as Plaintiff(s) respectfully requests that an expedited hearing be set to consider the requested relief, and that the court enter its order directing the Defendant to return the above said collateral.

    Attorney for the Plaintiff(s)
    <u>/s/ Sidney A. Feuerstein</u>
    Sidney A. Feuerstein (7676)
    140 Jefferson Avenue
    Memphis, Tennessee 38103
    (901) 527-8571 Telephone
    (901) 523-2477 Facsimile

sfeuerstein@feuersteinlaw.com

## CERTIFICATE OF SERVICE

      The undersigned party, attorney for a party, or agent hereby certifies that the above Complaint will be promptly served, postage prepaid, or hand-delivered to all interested parties listed herein below. **Date of Service August 29, 2014**.

      /s/ Sidney A. Feuerstein
      Attorney for Debtor(s)

cc:
Debtor (USPS)
Trustee (email)
Wells Fargo Auto Finance (USPS)
c/o Stone, Higgs & Drexler
200 Jefferson Avenue, Ste. 811
Memphis, TN 38103