# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case Number: 14–28942 |
| Stacey Nicole Shields | Chapter 13 |
| Debtor(s). | |
| Stacey Nicole Shields | |
| Plaintiff(s)/Movant(s), | |
| vs. | Adv. Proc. No. 14–00318 |
| Wells Fargo Auto Finance c/o Stone, Higgs & Drexler | |
| Defendant(s)/Respondent(s). | |

### NOTICE OF EXPEDITED HEARING ON
### COMPLAINT FOR TURNOVER OF PROPERTY TO THE ESTATE

The Debtor has filed papers with the court seeking the return of property to the estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested by the Debtor and/or if you want the court to condition that relief in any way, then you or your attorney must:

**Attend the hearing scheduled to be held on September 11, 2014 at 10:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 680, Memphis, TN 38103**

If you or your attorney do not appear at the scheduled hearing, the court may decide that you do not oppose the relief sought in the complaint for turnover of property to the estate and may enter an order granting that relief.

JED G. WEINTRAUB,
UNITED STATES BANKRUPTCY COURT CLERK

By: Jenifer Joiner
Deputy Clerk

Date: September 2, 2014

**[notexpco]** [Notice of Expedited Hearing 12–03]

```
                         United States Bankruptcy Court
                         Western District of Tennessee
Shields,
         Plaintiff                                        Adv. Proc. No. 14-00318-gwe

Wells Fargo Auto Finance c/o Stone, Higg,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0651-2         User: jenifer          Page 1 of 1          Date Rcvd: Sep 02, 2014
                             Form ID: notexpco      Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
```
pla          +Stacey Nicole Shields,    4052 Paula,    Memphis, TN 38116-5730
dft          +Wells Fargo Auto Finance c/o Stone, Higgs & Drexle,    200 Jefferson Avenue, Ste. 811,
               Memphis, TN 38103-2351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
             +E-mail/Text: bnc@ch13sfb.com Sep 02 2014 23:55:36     Sylvia Brown,   200 Jefferson, Suite 1113,
               Memphis, TN 38103-2360
                                                                                                TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
```
              Sidney A. Feuerstein    on behalf of Plaintiff Stacey Nicole Shields sfeuerstein@feuersteinlaw.com
                                                                                                TOTAL: 1
```